

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00390-CV

Juan **ROBLES**,
Appellant

v.

Maria Milagros **ROBLES**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2084-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellant's motion to extend deadline to submit reporter's record is hereby MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court